

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,866-01

### EX PARTE CHRISTOPHER DEMONTRONDE ABBS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 14-08-08758-CR(1) IN THE 410th DISTRICT COURT
### FROM MONTGOMERY COUNTY

*Per curiam*.

**O P I N I O N**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a controlled substance with intent to deliver and sentenced to two years' imprisonment. He did not appeal his conviction.

Applicant contends that his plea was involuntary because he was admonished of the incorrect punishment range in this case.

The trial court has signed agreed findings of fact and conclusions of law supported by the

record recommending relief be granted. Applicant is entitled to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985).

Relief is granted. The judgment in Cause No. 14-08-08758-CR in the 410th District Court of Montgomery County is set aside, and Applicant is remanded to the custody of the Sheriff of Montgomery County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: October 14, 2015

Do not publish